UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WOODROW CHAVERS, III,**

        **Plaintiff,**

vs.                                                    Case No. 8:03-cv-2007-MSS

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the filing of Plaintiff's Motion to Reopen and Permit Application for Attorney's Fees (Dkt. 23). Plaintiff has represented that Defendant has no objection to the Motion and agrees to the requested fees in Plaintiff's attached Petition for Attorney's Fees. Defendant has not filed a response to the Motion.

Plaintiff's counsel seeks the allowance of attorney's fees in the amount of $1,282.12 ($5,320.00 in total fees minus $4,037.50 credit for the Equal Access to Justice Act ("EAJA") fee previously awarded to Plaintiff and paid) for work performed on behalf of Plaintiff in this case pursuant to 42 U.S.C. § 406(b). Plaintiff and counsel for Plaintiff entered into a contingent fee agreement for 25% of retroactive benefits. On September 23, 2004, the Court ordered that the decision of the Commissioner be reversed and remanded for the express purpose of calculating an award of benefits under the Act. Plaintiff was subsequently awarded fees in the amount of $4,037.50 pursuant to the EAJA.

On remand, the past due benefits awarded to Plaintiff and his family totaled $66,482.00. The Administration withheld $16,620.50 from this amount for payment of approved attorney's fees. Plaintiff's administrative attorney has petitioned the Administration for a fee of $4,000.00. Plaintiff's counsel spent 26.60 hours on Plaintiff's Federal case. Plaintiff's counsel's total requested fee ($5,320.00) amounts to $200.00 per hour and 12.5% of Plaintiff's total award. The Court finds that $5,320.00 is a reasonable fee for such representation and approves the net award of attorney's fees in the amount of $1,282.12, giving Plaintiff credit for the $4,037.50 EAJA fee previously paid.

Accordingly, it is **ORDERED** that Plaintiff's Motion (Dkt. 23) and Plaintiff's Attached Petition for Attorney's Fees are **GRANTED**.

**DONE AND ORDERED** in Tampa, Florida on this 13th day of October 2005.

Copies to:

Counsel of Record

MARY S. SCRIVEN
United States Magistrate Judge